IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|                                       |   |                |
|---------------------------------------|---|----------------|
| THE MEDICINES COMPANY,                | : | CIVIL ACTION   |
|                                       | : | NO. 09-750-ER  |
| Plaintiff,                            | : |                |
|                                       | : |                |
| v.                                    | : |                |
|                                       | : |                |
| TEVA PARENTERAL MEDICINES,            | : |                |
| INC., et al.,                         | : |                |
|                                       | : |                |
| Defendants.                           | : |                |

**O R D E R**

**AND NOW**, this **19th** day of **January, 2011**, upon consideration of Special Master Vincent J. Poppiti's Report and Recommendation (doc. no. 137), Plaintiff's Objections (doc. no. 148), and Defendants APP Pharmaceuticals and Hospira's Response to Plaintiff's Objections (doc. no. 155), it is hereby **ORDERED** that Special Master Vincent J. Poppiti's Report and Recommendation (doc. no. 137) is **ADOPTED** and **APPROVED.**[1]

**AND IT IS SO ORDERED.**

/S/EDUARDO C. ROBRENO,J.

**EUDARDO C. ROBRENO, J.**

[1]After fact discovery is completed, may bring a motion to extend expert discovery at such time if there is good cause.