IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC., et al.<br><br>Defendants. | C.A. No. 09-750-ER (Consolidated) |
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PLIVA HRVATSKA, d.o.o., et al.,<br><br>Defendants. | C.A. No. 09-751-ER (Closed)<br>(Consolidated with C.A. No. 09-750-ER) |
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>APP PHARMACEUTICALS, LLC, et al.<br><br>Defendants. | C.A. No. 09-752-ER (Closed)<br>(Consolidated with C.A. No. 09-750-ER) |
| THE MEDICINES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC., et al.<br><br>Defendants. | C.A. No. 09-999-ER (Closed)<br>(Consolidated with C.A. No. 09-750-ER) |

| | |
|---|---|
| THE MEDICINES COMPANY, | |
| Plaintiff | C.A. No. 09-1000-ER (Closed) |
| v. | (Consolidated with C.A. No. 09-750-ER) |
| PLIVA HRVATSKA, d.o.o., et al., | |
| Defendants. | |
| THE MEDICINES COMPANY, | |
| Plaintiff, | C.A. No. 10-476-ER (Closed) |
| v. | (Consolidated with C.A. No. 09-750-ER) |
| APP PHARMACEUTICALS, LLC, et al. | |
| Defendants. | |
| THE MEDICINES COMPANY, | |
| Plaintiff, | C.A. No. 10-700-ER (Closed) |
| v. | (Consolidated with C.A. No. 09-750-ER) |
| HOSPIRA, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 4, 2011, copies of (1) *APP Pharmaceuticals, LLC And APP Pharmaceutical, Inc.'s Responses And Objections To The Medicine Company's First Set Of Interrogatories Specific To APP (NOS. 1-4)*, (2) *APP Pharmaceuticals, LLC And APP Pharmaceutical, Inc.'s Responses And Objections To The Medicine Company's First Set Of Requests For Admission To All Defendants (Nos. 1-11)*, (3) *APP Pharmaceuticals, LLC And APP Pharmaceutical, Inc.'s Responses And Objections To The Medicine Company's First Set Of Requests For Admission To APP (Nos. 1-2)*, and (4) *APP Pharmaceuticals, LLC And APP Pharmaceutical, Inc.'s Responses And Objections To The Medicine Company's Second Set Of*

2

*Interrogatories To All Defendants* were caused to be served upon the following counsel as indicated below:

### BY E-MAIL

Frederick L. Cottrell, III, Esquire
Laura D. Hatcher, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*cottrell@rlf.com*
*hatcher@rlf.com*

Edgar H. Haug, Esquire
Porter F. Fleming, Esquire
Angus Chen, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151
*ehaug@flhlaw.com*
*pfleming@flhlaw.com*
*achen@flhlaw.com*

*Attorneys for Plaintiff*

John C. Phillips, Jr. , Esquire
Megan C. Haney, Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*jcp@pgslaw.com*
*mch@pgslaw.com*

3

Lynn MacDonald Ulrich, Esquire
Julia Mano Johnson, Esquire
Maureen Rurka, Esquire
Christopher B. Essig, Esquire
Winston Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
*glombardi@winston.com*
*lulrich@winston.com*
*jmjohnson@winston.com*
*mrurka@winston.com*
*cessig@winston.com*

*Attorneys for Defendants Teva
Parenteral Medicines, Inc., Teva
Pharmaceuticals Industries,Ltd.,
PLIVA D.D., PLIV-HRVATSKA,
d.o.o., Teva Pharmaceuticals USA, Inc.,
Barr Laboratories Inc., Barr
Pharmaceuticals LLC*

Richard K. Herrmann, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
*rherrmann@morrisjames.com*

William F. Long, Esquire
Kristin E. Goran, Esquire
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA  30309-3996
*bill.long@sutherland.com*
*kristin.goran@sutherland.com*

*Attorneys for Defendant Hospira Inc.*

PLEASE TAKE FURTHER NOTICE that on May 4, 2011, a true and correct copy of

this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which

4

will send notification that such filing is available for viewing and downloading to the following

counsel of record:

> Frederick L. Cottrell, III, Esquire
> Laura D. Hatcher, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
> *cottrell@rlf.com*
> *hatcher@rlf.com*
>
> John C. Phillips, Jr. , Esquire
> Megan C. Haney, Esquire
> Phillips Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806
> *jcp@pgslaw.com*
> *mch@pgslaw.com*
>
> Richard K. Herrmann, Esquire
> Morris James, LLP
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> \Wilmington, DE 19899-2306
> *rherrmann@morrisjames.com*

In addition, on May 4, 2011, a copy of this Notice of Service was served by e-mail on

all counsel listed above.

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> */s/ Monté T. Squire*
> Elena C. Norman (No. 4780)
> Monté T. Squire (No. 4764)
> 1000 West Street, 17th Floor
> Wilmington, Delaware  19899
> (302) 571-6600
> *msquire@ycst.com*
>
> *Attorneys for Defendants and Counterclaim Plaintiffs*
> *APP Pharmaceuticals, LLC  and*
> *APP Pharmaceuticals, Inc.*

Dated:  May 4, 2011