# EXHIBIT A

## Nolan-Stevaux, Katherine

| | |
|---|---|
| **From:** | Fleming, Porter [PFleming@flhlaw.com] |
| **Sent:** | Tuesday, June 14, 2011 5:07 AM |
| **To:** | Evans, Emily A. |
| **Cc:** | Bassi, Gina; Chen, Angus; cottrell@rlf.com; Haug, Ed; Kristin Goran; Lombardi, George; MacDonald Ulrich, Lynn; Mano Johnson, Julia; Walters, Mark P.; Megan Haney; John Phillips; Richard Herrmann; William Long; Robinson, Christopher; McMahon, Brian F.; msquire@ycst.com; Norman, Elena; kristin.goran@sutherland.com; Mary Matterer; Bassi, Gina; Poullaos, Ivan; Rurka, Maureen; Gilloon, Sara; ipoullaos@winston.com; cessig@winston.com; sgilloon@winston.com; smaxfield@winston.com; ppratt@winston.com; Nolan-Stevaux, Katherine; APP; Meehan, Maura |

**Subject:** RE: MedCo: scheduling meet-and-confer and remaining APP depositions

Emily -- As I told you yesterday, it will be very difficult to have a meet and confer today. I am in our annual Partners' Meeting and will be traveling this evening. To the extent Ms. Dron is unavailable the week of June 27 and the entire month of July, I would encourage you to find another witness who can testify on the Rule 30 (b)(6) topics. Please suggest an alternative witness and available dates. We are still working on our dates and witnesses to propose to you. I hope to have more information by the end of this week or next week. Porter

Porter F. Fleming, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Tel: 212-588-0800
Fax: 212-588-0500
pfleming@FLHlaw.com

---

**From:** Evans, Emily A. [mailto:EEvans@mofo.com]
**Sent:** Monday, June 13, 2011 7:15 PM
**To:** Fleming, Porter
**Cc:** Bassi, Gina; Chen, Angus; cottrell@rlf.com; Fleming, Porter; Haug, Ed; Kristin Goran; Lombardi, George; MacDonald Ulrich, Lynn; Mano Johnson, Julia; Walters, Mark P.; Megan Haney; John Phillips; Richard Herrmann; William Long; Robinson, Christopher; McMahon, Brian F.; msquire@ycst.com; Norman, Elena; kristin.goran@sutherland.com; Evans, Emily A.; Mary Matterer; Bassi, Gina; Poullaos, Ivan; Rurka, Maureen; Gilloon, Sara; ipoullaos@winston.com; cessig@winston.com; sgilloon@winston.com; smaxfield@winston.com; ppratt@winston.com; Nolan-Stevaux, Katherine; APP; Meehan, Maura
**Subject:** MedCo: scheduling meet-and-confer and remaining APP depositions

Porter,

Following up on the hearing today, we are available to meet and confer this afternoon and evening. We are also available to meet and confer at the following times tomorrow, Pacific: 10:00am-11:00am and 1:00pm-2:00pm. If none of those times works for you, we could also meet and confer tomorrow morning at 7:30am-8:30am Pacific.

As discussed in APP's letter below, Ms. Dron will be unavailable for deposition in July.

She will be out of the country the entire month of July.  In addition, we will not be able to present either witness during the weeks of June 27 and July 4.  If the BVL depositions proceed during the week of July 11, then we also will not be able to present the APP witnesses during that week either.

Please let us know when you are available to meet and confer and when MedCo will take the remaining APP depositions.

Emily

**Emily A. Evans**
**MORRISON | FOERSTER**
755 Page Mill Road | Palo Alto, CA  94304
Telephone: (650) 813-5625 | Fax: (650) 494-0792
E: eevans@mofo.com| www.mofo.com

---

**From:**  Nolan-Stevaux, Katherine
**Sent:**   Monday, June 13, 2011 12:00 PM
**To:**    Angus Chen; Bill Long; Christopher B. Essig; Ed Haug; Elena Norman; Frederick Cottrell; George C. Lombardi; Gina M. Bassi; Ivan M. Poullaos; John C. Phillips; Julia Mano Johnson; Kristin Goran; Laura D. Hatcher; Lynn MacDonald Ulrich; Mark P. Walters; Maureen Rurka; Megan C. Haney; Monté T. Squire; P. Pratt; Porter F. Fleming; Richard Herrman; S. Maxfield; Sara E. Gilloon

**Subject:**   MedCo v. Teva et al:  Correspondence to Mr. Chen and Mr. Walters

Counsel,

Please see the attached correspondence.

Best wishes,
Katie

<<2011-06-13 KNS to Walters re APP depositions.pdf>> <<2011-06-13 KNS to Chen re MedCo depositions.pdf>>
Katherine Nolan-Stevaux, Ph.D.
Morrison Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5822
Fax: (650) 494-0792
E-mail:knolanstevaux@mofo.com
**MORRISON | FOERSTER**

---

--------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

**FLH** FROMMER LAWRENCE & HAUG LLP

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you receive this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

6/14/2011

# EXHIBIT B

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

May 10, 2011

Writer's Direct Contact
650.813.5625
EEvans@mofo.com

*Sent via E-Mail*

Porter Fleming
Frommer Lawrence & Haug
745 Fifth Avenue
New York, NY  10151

Re:   *The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,*
      09-cv-750-ECR (D. Del.) (consolidated)

Dear Porter:

I write regarding MedCo's responses to APP's Request for Admission No. 20 and APP's Interrogatory Nos. 6 and 24. MedCo's responses are in direct conflict.

RFA 20 asks: "Admit that the Certificate of Analysis for each batch of Angiomax accurately states the percentage $Asp^9$-bivalirudin impurity level, percent total impurity level, and reconstitution time for that batch." (APP's Third Set of RFAs, served 4/1/2011.) MedCo's responded: "Denied. [MedCo] has no basis to admit or deny this request as [MedCo] does not create the Certificates of Analysis for Angiomax. [MedCo's] contract manufacturer creates the Certificates of Analysis for Angiomax." (MedCo's 5/5/2011 Response to RFA 20; *see also* MedCo's 5/5/2011 Response to Interrogatory No. 24.) MedCo did not aver that it had made a reasonable inquiry as required under Federal Rule of Civil Procedure 36(a)(4). MedCo's response suggests that MedCo disputes the accuracy of the Certificates of Analysis for Angiomax.

MedCo takes the opposite position in its response to APP Interrogatory No. 6. That interrogatory asked for the same three characteristics—percent $Asp^9$-bivalirudin impurity, percent total impurities, and reconstitution time—by batch of Angiomax. MedCo's Third Supplemental Response does not recite the requested characteristics by batch, as APP had requested. (11/23/2010 ltr. From C. Robinson to P. Fleming.) Instead, MedCo invoked Federal Rule of Civil Procedure 33(d) and provided a list of Bates numbers for Angiomax Certificates of Analysis – the very same Certificates that MedCo now refuses to admit are accurate.

MORRISON | FOERSTER

Porter Fleming
May 10, 2011
Page Two

Federal Rule of Civil Procedure 33(d) allows parties to identify business records in response to an interrogatory in lieu of a narrative response, but only "[i]f the answer to an interrogatory may be determined by examining" the cited records. Fed. R. Civ. P. 33(d). The point of Rule 33(d) is that by referring to specific documents, a party verifies that the information contained therein *will answer* the question posed. MedCo cannot have it both ways. MedCo cannot rely on the Certificates of Analysis in its Interrogatory Response under Rule 33(d) and then, in its RFA response, disavow their accuracy.

MedCo's objection that "MedCo's contract manufacturer creates the Certificates of Analysis for Angiomax" and therefore that Med has no basis to for affirming their accuracy, is without merit. Rule 33(d) may be invoked "if the answer to an interrogatory may be determined by examining ... *a party's* business records." (emphasis added.) MedCo cited to the Certificates as its own business records. Additionally, MedCo relies on these same Certificates—and the numbers they contain—to comply with FDA product release specifications for Angiomax. Again, MedCo seeks to have it both ways.

MedCo must either admit RFA 20 or supplement its response to Interrogatory No. 6 to recite the information APP requests, by batch, for all batches of Angiomax:  percent $Asp^9$-bivalirudin impurity, percent total impurities, and reconstitution time. With the deposition of named inventor Gary Musso scheduled for next week at your offices, APP expects a response by close of business Friday, May 13. We are generally available this week to meet and confer on this issue.

Sincerely,

Emily A. Evans

cc:   Counsel of Record
      BY EMAIL

pa-1463463

**FLH** FROMMER LAWRENCE & HAUG LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Seattle, WA
Tokyo

May 25, 2011

**Angus Chen**
achen@flhlaw.com

**VIA EMAIL**

Emily A. Evans, Esq.
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304

Re:   *The Medicines Company v. Teva Parenteral Medicines, Inc., et al.,*
      Civil Action No. 09-cv-750 (ECR) (D. Del.) (Consolidated)

Dear Emily:

We respond to your May 10th letter regarding The Medicines Company's responses to APP's Request for Admission No. 20 and APP's Interrogatory No. 6. We disagree with your characterizations of The Medicines Company's responses.

The Medicines Company's response to APP's Request for Admission No. 20 is consistent with its response to APP's Interrogatory No. 6. The Medicines Company properly relied on Rule 33(d) to identify the Certificates of Analysis for Angiomax batches as The Medicines Company's business records that it receives from its contract manufacturer, Ben Venue. The Medicines Company does not create the Certificates of Analysis, however, and has no basis to affirm their accuracy. Moreover, APP will be taking the depositions of Ben Venue (Rule 30(b)(6) and individual employees). Thus APP will have the opportunity to, and more appropriately, confirm the accuracy of Ben Venue's records with Ben Venue itself. The Medicines Company's response to APP's Request for Admission No. 20 is appropriate.

Regards,

*Angus Chen/ars*

Angus Chen

cc:   Counsel of Record

00923124.DOC

# EXHIBIT C

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT D

MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

May 31, 2011

Writer's Direct Contact
650.813.5822
KNolanstevaux@mofo.com

**Via E-Mail**

Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re:    *The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,*
       09-cv-750-ECR (D. Del.) (consolidated)

Dear Angus:

I write regarding MedCo's privilege log.

As MedCo bears the burden to establish that privilege applies to each of the documents on its privilege log, please identify the affiliation of the individuals on the attached document at the time of the relevant communications.  To the extent that any individual was employed by a third party at that time, please explain why the claimed privilege was not waived.

I look forward to your response by June 6th.

Very truly yours,

Katherine Nolan-Stevaux

Enclosure

cc:    Counsel of Record
       BY EMAIL

pa-1467335

| |
|---|
| Antoine, Natalie |
| Arnold, Desiree |
| Azevedo, Mario |
| Bailer, Joseph |
| Baker, Hollie |
| Balzer, Chris |
| Banki, Reza |
| Bille, Vincent |
| Blader, Kris |
| Blake, Mathew |
| Bloom, David |
| Bradfield, Amanda |
| Brady Jason - Allendale |
| Brichard, M.H. |
| Brieden, Walter |
| Brown, Jennifer |
| Cappuccino, Nicholas |
| Cardullo, Joseph |
| Castaneda, Carlo |
| Christopher, Jamie |
| Clark, Elizabeth |
| Clegg, John |
| Clement, Susan |
| Cory, Betty |
| Deeth, Doug |
| DeSantis, Wayne |
| DiGiacomo, Frank |
| Doshi, Ami |
| Duwe, Donald |
| Eisenman, Elaine |
| Eric - Braine, Bironneau |
| Forni, Luciano |
| Francis, John |
| Franzese, Margaret |
| Friedman, Stu |
| Gaunt, John S. |
| Grady, Rosemary |
| Gray, Amanda |
| Hayes, Kristin |
| Henderson, D. |
| Humeniuk, Andrew |
| Indiana Board of Pharmacy Professional Licensing Agency |
| James - Braine, Leresche |
| Joughin, Jeannie |
| Juran, Belinda |
| Kiley, John |
| Robinson, Laura |

| |
|---|
| Lechien, M. |
| Lee, Kelly |
| Ruderman, Lisa |
| Magensky, Brian |
| Makhoul, Kelly |
| Malkin, Brian |
| Marcel, Tony |
| Marks, Joshua |
| Marti, Eva |
| Marucci, Sandra |
| Matthieu - Visp, Giraud |
| Mchugh, D. |
| Moore- Gillon, Mark |
| Morales,  Nancy |
| Neeson, William |
| Norbert - Basel, Riegler |
| Norris, A. |
| Patel, Amit |
| Redlick, David |
| Reynolds, Doug |
| Ruderman, Lisa |
| Salerno, Chris |
| Scarso, A. (Alain) |
| Schinckus, L. |
| Shirodkar, Suman |
| Sofia, Naseem |
| Soltow, Louise |
| Sophie - Visp, Droz Anne |
| Steffes, David |
| Steinberg, Lisa |
| Stratemeier, Ed |
| Tarriff , Scott |
| Tedesco,  Gina |
| Thomas, Caroline |
| Villagra, Danny |
| Walter - Braine, Brieden |
| Welsh, John |
| Werth, Peter |
| Willame, S. |
| Williams, Wanda |
| Withrow, Jeff |
| Woods, Josh |
| Workman, Heidi |

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

June 9, 2011

Writer's Direct Contact
650.813.5822
KNolanstevaux@mofo.com

**Via E-Mail**

Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re:   *The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,*
       09-cv-750-ECR (D. Del.) (consolidated)

Dear Angus:

I write to follow up on my May 31 letter regarding MedCo's privilege log.

APP has not yet received the affiliation of the individuals that APP identified in its May 31st letter. If APP does not receive the identification by close of business Monday June 13th, APP plans to raise the issue before the Special Master in the Joint Agenda. If MedCo is refusing to provide this information, the parties need to meet and confer on this issue promptly.

I look forward to your response by June 13th.

Very truly yours,

Katherine Nolan-Stevaux

cc:   Counsel of Record
       BY EMAIL

pa-1469106

# EXHIBIT E

MORRISON | FOERSTER

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

May 25, 2011

Writer's Direct Contact
650.813.5822
KNolanstevaux@mofo.com

**Via E-Mail**

Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re:   *The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,*
      09-cv-750-ECR (D. Del.) (consolidated)

Dear Angus:

I write to follow up on MedCo's responses to APP's Fourth Set of Requests for Production served on May 23rd.

In response to Request Nos. 71, 72, 74, 75, and 77, MedCo states that it "is not in possession or custody" of the documents sought. Under Federal Rule of Civil Procedure 34(a), however, MedCo must produce responsive documents in its "possession, custody, or *control*" (emphasis added). In the Third Circuit, "control" is defined as the legal right to obtain the documents required on demand." *Gerling Int'l Ins. Co. v. Comm. of I.R.S.*, 839 F.2d 131, 140 (3d. Cir. 1988). MedCo has the legal right to demand documents from its counsel at FLH, including from Sandra Kuzmich and Russel Garmin among others. *See, e.g., Poole v. Textron*, 192 F.R.D. 494, 501 (D. Md. 2002) (sanctioning party for insufficient search for responsive documents because it did not obtain responsive documents from its counsel). Consequently, MedCo must produce documents responsive to these Requests.

As to Request Nos. 73, 76, and 78, APP has already indicated why these documents are relevant to this litigation. APP is entitled to know who was involved in the prosecution of the patents-in-suit and the '550 application (Request No. 73). Documents responsive to Request Nos. 76 and 78 would tend to show whether Dr. Kuzmich or Mr. Garmin is biased in favor of MedCo. To the extent some information on the invoices is attorney-client privileged, MedCo may redact that information.

As Mr. Garmin's deposition is scheduled for June 6th, APP seeks to meet and confer on these issues this week. Please let us know your availability.

MORRISON | FOERSTER

Angus Chen
May 25, 2011
Page Two

I look forward to your prompt response.

Very truly yours,

Katherine Nolan-Stevaux

cc:    Counsel of Record
       BY EMAIL

# EXHIBIT F

**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA  94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

June 1, 2011

Writer's Direct Contact
650.813.5822
KNolanStevaux@mofo.com

**Via Email**

Porter Fleming
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

Re:    *The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,*
       09-cv-750-ECR (D. Del.) (consolidated)

Dear Porter:

I write regarding the scheduling of the remaining APP depositions.

First, MedCo has not responded to the May 26th letter from Emily Evans regarding whether MedCo would like to designate portions of Katherine Gregory's deposition in response to the outstanding areas in Topics 8, 18, and 20.  Please let us know no later than Friday, June 2nd whether MedCo will agree to this proposal.

Second, assuming MedCo does not agree, Aditi Dron will be APP's Rule 30(b)(6) witness for the remaining aspects of Topics 8-12, 18, 20, and 22.  She is available on Thursday, June 16th.

Finally, Tony Wasilewski is on vacation until Monday, June 6th.  As soon as we determine his availability for deposition, we will let you know.

Very truly yours,

Katherine Nolan-Stevaux

cc:  Counsel of Record
     BY EMAIL

pa-1467583

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THE MEDICINES COMPANY,                      )
                                            )
             Plaintiff,                     )
                                            )
       v.                                   )      C.A. No. 09-750 (ECR)
                                            )      (Consolidated)
TEVA PARENTERAL MEDICINES, INC.,            )
TEVA PHARMACEUTICALS USA, INC.              )
and TEVA PHARMACEUTICAL                     )
INDUSTRIES, LTD.                            )
                                            )
             Defendants.                    )

## THE MEDICINES COMPANY'S NOTICE OF DEPOSITION
## PURSUANT TO FED. R. CIV. P. 30 TO ANTHONY WASILEWSKI

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiff The Medicines Company will take the deposition of Defendants APP

Pharmaceuticals, LLC and/or APP Pharmaceuticals, Inc. by Anthony Wasilewski in his

individual capacity by oral examination using video tape, audio tape, and/or stenographic means,

or a combination of those means. The deposition will commence on June 22, 2011 at 9:00 am, at

the offices of Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, Illinois 60601-9703, or at

such time and place as otherwise agreed in writing by counsel. The deposition will continue

from day to day beginning at 9:00 am until completed, with such adjournments as to time and

place as may be necessary. The deposition will be before a Notary Public or other officer

authorized by law to administer oaths.

You are invited to attend and cross-examine the witness.

RLF1 4052469v. 1

Of counsel:

Edgar H. Haug
Porter F. Fleming
Angus Chen
Mark P. Walters
Gina M. Bassi
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile:  (212) 588-0500


Dated:  May 27, 2011

/s/ Laura D. Hatcher
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Laura D. Hatcher (#5098)
Hatcher@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701

*Attorneys for Plaintiff*
*The Medicines Company*

RLF1 4052469v. 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of "The Medicines Company's

Notice of Deposition Pursuant to Fed. R. Civ. P. 30 to Anthony Wasilewski" was served as

indicated below on this 27th day of May, 2011 to the persons at the addresses listed:

**Via E-mail:**

Elena C. Norman, Esq.
enorman@ycst.com
YOUNG CONAWAY STARGATT &
TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

**Via E-mail:**

Emily A. Evans, Esq.
eevans@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

**Via E-mail:**

John C. Phillips, Esq.
jcp@pgslaw.com
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Via E-mail:**

Lynn MacDonald Ulrich, Esq.
lulrich@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

**Via E-mail:**

Richard K. Herrmann, Esq.
rherrmann@morrisjames.com
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Via E-mail:**

William F. Long, Esq.
bill.long@sutherland.com
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

/s/ Laura D. Hatcher