IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|                              |   |                |
|------------------------------|---|----------------|
| THE MEDICINES COMPANY,       | : | CIVIL ACTION   |
|                              | : | NO. 09-750-ER  |
|     Plaintiff, | : |          |
|                              | : |                |
|     v.   | : |                |
|                              | : |                |
| TEVA PARENTERAL MEDICINES,   | : |                |
| INC., et al.,                | : |                |
|                              | : |                |
|     Defendants. | : |          |

## O R D E R

**AND NOW**, this **29th** day of **July, 2011,** upon

consideration of Special Master Vincent J. Poppiti's Report and

Recommendation (doc. no. 455; DM 10), Plaintiff's Objections

(doc. no. 481), and Defendants APP Pharmaceuticals' Response to

Plaintiff's Objections (doc. no. 493), it is hereby **ORDERED** that

Special Master Vincent J. Poppiti's Amended Report and

Recommendation (doc. no. 455) is **ADOPTED** and **APPROVED.**


      **AND IT IS SO ORDERED.**


        **S/Eduardo C. Robreno**
        **EDUARDO C. ROBRENO, J.**