# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE  19801 |  |
|---|---|---|
| DIRECT DIAL:  302-571-5029<br>DIRECT FAX:    302-576-3402<br>enorman@ycst.com | P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

August 16, 2011

**BY E-FILING, E-MAIL AND HAND DELIVERY**

The Honorable Vincent J. Poppiti, Special Master
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

      RE:    *The Medicines Co. v. Teva Parenteral Medicines, Inc., et al.*,
              C.A. No. 09-750-ER (Consolidated) (D. Del.)

Dear Judge Poppiti:

      APP does not intend to object to Your Honor's August 15th Order (D.I. 536); however, APP writes to clarify the record with respect to the Order's second full paragraph on page 2 and the accompanying footnote.  APP notes that MedCo discussed materiality before Judge Robreno in connection with APP's Motion to Amend.  *Compare* D.I. 527 § B *with* D.I. 321 § III and D.I. 451 § II.B.  *See also* APP's Response at D.I. 336 § 2.A.  The Court's Order of July 19, 2011, identified these papers as among those considered by the Court in ruling on the Amended Report and Recommendation.  (*See* D.I. 494 & n.2).

                                            Respectfully submitted,

                                            /s/ *Elena C. Norman*

                                            Elena C. Norman (No. 4780)

ECN:mcm

cc:    All Counsel of Record