

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

October 11, 2011

**VIA ECF, EMAIL AND HAND DELIVERY**

The Honorable Vincent J. Poppiti, Special Master
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

    Re:    The Medicines Company v. Teva Parenteral Medicines, Inc. et al.,
              C.A. No. 09-750-ECR (D. Del.) (Consolidated)

Dear Judge Poppiti:

    The parties herein submit that they have no agenda items to report for their monthly status report of October 11, 2011.

                      Respectfully,

                      */s/ Frederick L. Cottrell, III*

                      Frederick L. Cottrell, III

cc:    Counsel of Record (via e-mail)