**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| THE MEDICINES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-750 (ECR) |
| v. ) | (Consolidated) |
| ) | |
| HOSPIRA, INC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF THE MEDICINES COMPANY'S**
**MOTION FOR RECONSIDERATION**
**OF THE COURT'S CLAIM-CONSTRUCTION RULING**

On July 12, 2013, the Court entered a claim-construction opinion directed to certain claim terms in U.S. Patent Nos. 7,582,727 and 7,598,343. (D.I. 732). Plaintiff The Medicines Company respectfully requests reargument and/or reconsideration of two of the construed claim terms: "wherein the batches have a pH adjusted by a base" and "efficient mixing." Specifically, The Medicines Company asks that the Court reconstrue the term "wherein the batches have a pH adjusted by a base" according to its plain and ordinary meaning and the term "efficient mixing" as "mixing that is characterized by minimizing levels of $Asp^9$ - bivalirudin in the compounding solution."

The accompanying brief sets forth the reasons supporting The Medicines Company's motion for reargument and/or reconsideration.

Dated: July 22, 2013

*Of Counsel*

Edgar H. Haug
Porter F. Fleming
Angus Chen
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Respectfully submitted,

/s/ *Frederick L. Cottrell*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jason J. Rawnsley (#5379)
rawnsley@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for Plaintiff*
*The Medicines Company*

## CERTIFICATE OF SERVICE

I, Jason J. Rawnsley, certify that on this 22nd day of July, 2013 I electronically filed

*Plaintiff The Medicines Company's Motion for Reconsideration of the Court's Claim-*

*Construction Ruling* with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to counsel for record.  I also served a copy of this document to the

following counsel for Hospira, Inc. by e-mail:

Richard K. Herrmann
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com

William F. Long
Tara Stuart
McKenna Long & Aldridge, LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia 30308
blong@mckennalong.com
tstuart@mckennalong.com

*/s/ Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com