# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE MEDICINES COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 09-750 (RGA) |
| ) | |
| HOSPIRA INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION & ORDER REGARDING POST-TRIAL SUBMISSIONS

WHEREAS, a bench trial was held in this action from September 23, 2013, through September 25, 2013; and

WHEREAS, the parties have agreed to a schedule regarding post-trial submissions;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, and subject to the approval of the Court, that the deadlines for post-trial submissions shall be as follows:

| Event | Deadline |
|---|---|
| Trial Transcript Errata | October 7, 2013 |
| Admitted Trial Exhibits | October 11, 2013 |
| Opening Post-Trial Briefs | November 6, 2013 |
| Response Post-Trial Briefs | December 6, 2013 |
| Reply Post-Trial Briefs | December 27, 2013 |

IN IS FURTHER STIPULATED AND AGREED that the Opening Post-Trial Briefs and Response Post-Trial Briefs shall be limited to 30 pages. The Reply Post-Trial Briefs shall be limited to 15 pages.

| | |
|---|---|
| */s/ Jason J. Rawnsley* | */s/Mary B. Matterer* |
| Frederick L. Cottrell, III (#2555) | Richard K. Herrmann (#405) |
| Jason J. Rawnsley (#5379) | Mary B. Matterer (#2696) |
| RICHARDS, LAYTON & FINGER P.A. | MORRISJAMES LLP |
| One Rodney Square | 500 Delaware Avenue, Suite 1500 |
| 920 N. King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 651-7700 | mmatterer@morrisjames.com |
| cottrell@rlf.com | rherrmann@morrisjames.com |
| rawnsley@rlf.com | |
| | *Attorneys for Defendant Hospira Inc.* |
| *Attorneys for Plaintiff The Medicines Company* | |

Dated: October 3, 2013

    IT IS SO ORDERED this _____ day of _____, 2013

                                                  _____
                                                  The Honorable Richard G. Andrews
                                                  United States District Judge