IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| THE MEDICINES COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 09-750 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| HOSPIRA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [~~PROPOSED~~] FINAL JUDGMENT

For the reasons stated in the Court's March 31, 2014 Trial Opinion (D.I. 827), IT IS HEREBY ORDERED AND ADJUDGED ON THIS 15th day of April 2014 that:

1. The Medicines Company has standing and is a proper plaintiff in this case.

2. The asserted claims, i.e., claims 1-3, 7-10, and 17 of U.S. Patent No. 7,582,727 ("the '727 patent") and claims 1-3 and 7-11 of U.S. Patent No. 7,598,343 ("the '343 patent"), are not invalid (i) under the on-sale bar of 35 U.S.C. § 102(b), (ii) for obviousness under 35 U.S.C. § 103, or (iii) for failing to comply with the written-description, lack-of-enablement, or definiteness requirements of 35 U.S.C. § 112.

3. Judgment of validity of each asserted claim of the '727 and '343 patents is entered in favor of The Medicines Company and against Hospira, Inc. ("Hospira")

4. Hospira's Abbreviated New Drug Applications (Nos. 90-811 and 90-816) do not infringe the asserted claims of the '727 and '343 patents.

5.  Judgment of noninfringement of each asserted claim of the '727 and '343 patents is entered in favor of Hospira and against The Medicines Company.

*[signature]*
The Honorable Richard G. Andrews
United States District Judge