IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>                  Plaintiff,<br><br>    v.<br><br>HOSPIRA, INC.,<br><br>                  Defendant. | C.A. No. 09-750 RGA |

## HOSPIRA, INC.'S NOTICE OF CROSS-APPEAL

Defendant Hospira, Inc. ("Hospira") hereby provides notice that it cross-appeals to the United States Court of Appeals for the Federal Circuit from this Court's April 15, 2014, final judgment of validity of each asserted claim of the patents-in-suit (D.I. 829 ¶¶ 2-3), the portions of this Court's March 31, 2014, Trial Opinion underlying the Court's judgment of validity (*see* D.I. 827 at 15-31), and any other decision or order adverse to Hospira.

In accordance with Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Hospira files this Notice of Cross-Appeal within 14 days of Plaintiff The Medicines Company's May 9, 2014, Notice of Appeal (D.I. 831). On May 13, 2014, the Court of Appeals for the Federal Circuit docketed The Medicines Company's appeal as Case No. 14-1469.

In accordance with 28 U.S.C. §§ 1913 and 1917, the Court of Appeals Miscellaneous Fee Schedule, Rule 52 of the Rules of Practice of the Court of Appeals for the Federal Circuit, and Rule 3(e) of the Federal Rules of Appellate Procedure, Hospira is making, contemporaneously with the filing of this Notice of Cross-Appeal, payment of $505.00, representing the $500.00 docketing fee and $5.00 filing fee.

Dated: May 23, 2014

/s/ *Mary B. Matterer*
Richard K. Herrmann (I.D. #405)
Mary Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Bradford P. Lyerla
Sara T. Horton
Jamie Lord
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
blyerla@jenner.com
shorton@jenner.com
jlord@jenner.com

*Attorneys for Defendant Hospira, Inc.*