# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE MEDICINES COMPANY,<br><br>                 Plaintiff,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>                 Defendant. | C.A. No. 09-750 RGA |

## [PROPOSED] ORDER

Before the Court is Hospira's Unopposed Motion to Dismiss Remaining Counterclaims.

Upon consideration of the motion, it is ORDERED that:

Hospira's Motion to Dismiss is GRANTED.

*[signature]*
The Honorable Richard G. Andrews
United States District Judge 5/21/18

5